In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00032-CV**
_____

**AMANDA ANN CHAPA AND JAMES LUTHER, Appellants**

**V.**

**TINA HARRIS, INDIVIDUALLY,
AND AS NEXT FRIEND OF MINOR CHILD, Appellee**

**On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 19-03-04130-CV**

**MEMORANDUM OPINION**

Amanda Ann Chapa and James Luther, the appellants, and Tina Harris, individually and as next friend of minor child, the appellee, signed a joint motion in which they ask the Court to dismiss the appeal. In the motion, the parties represented they have reached a settlement agreement, which resolves their dispute.

1

The parties filed the motion voluntarily and before the Court decided the appeal. *See* Tex. R. App. P. 42.1(a)(2). Accordingly, we grant the motion and dismiss the appeal.

APPEAL DISMISSED.

PER CURIAM

Submitted on April 7, 2021
Opinion Delivered April 8, 2021

Before Golemon, C.J., Kreger and Horton, JJ.